Kathaleen F. HALL v. Catherine F. PHIL-
LIPS.  (No. 3294.)

Court of Civil Appeals of Texas.  Amarillo.
Oct. 23, 1929.

Rehearing Denied Nov. 20, 1929.

Fred E. Young and Cooper & Lumpkin, all
of Amarillo, and W. M. Harris, of Dallas, for
plaintiff in error.

Wm. F. Nix, of Amarillo, for defendant in
error.

HALL, C. J.  We find that this action is
based upon a contract in all things identi-
cal with the contract sued upon in cause No.
3295, 21 S.W.(2d) 750, between the same par-
ties, this day decided by us, except that dif-
ferent property is involved.  Parties plain-
tiff and defendant are the same in both suits,
and the propositions advanced by plaintiff in
error in her brief are the same propositions
urged and decided in cause No. 3295.

The property involved in this suit is de-
scribed as lot 21 in block 8 in the Gables
addition to the city of Amarillo.

For the reasons stated in cause No. 3295,
the judgment of the trial court in this case
is affirmed.